JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Margaret Castro,<br><br>          Plaintiff,<br><br>     vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>          Defendant. | Case No. 1:23-cv-00333-SKO<br><br>STIPULATION AND UNOPPOSED MOTION FOR EXTENSION OF TIME; ORDER<br><br>(Doc. 12) |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from June 5, 2023 to August 4, 2023, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's first request for an extension of time. Plaintiff respectfully states that the requested extension is necessary due to several merit briefs being due

1

on the same week.  For the weeks of June 5, 2023 and June 12, 2023, Counsel currently has 26 merit briefs, and several letter briefs and reply briefs.   Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: May 30, 2023                    PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Jonathan Omar Pena*
    JONATHAN OMAR PENA
    Attorneys for Plaintiff


Dated: May 30, 2023                    PHILLIP A. TALBERT
                                       United States Attorney
                                       MATHEW W. PILE
                                       Associate General Counsel
                                       Office of Program Litigation
                                       Social Security Administration


By:  *\*/s/ Oscar Gonzalez de Llano*
    Oscar Gonzalez de Llano
    Special Assistant United States Attorney
    Attorneys for Defendant
    (*As authorized by email on May 30, 2023)

## **ORDER**

Pursuant to the parties' foregoing stipulation and unopposed motion for an extension of time (Doc. 12), IT IS HEREBY ORDERED that Plaintiff shall have an extension, up to and including August 4, 2023, to file Plaintiff's Motion for Summary Judgment.  The deadlines in the Scheduling Order (Doc. 5) are hereby extended accordingly.

IT IS SO ORDERED.

Dated:   **May 31, 2023**                             /s/ *Sheila K. Oberto*
                                                                     UNITED STATES MAGISTRATE JUDGE